UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tepi M. Smith,                                CIVIL 99-1223 PAM

          Plaintiff,                     **ORDER OF DISMISSAL**

v.

Nicollet State Bank,

          Defendant.

------------------------------------------------------------------------

The court having been advised that the above captioned case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

DATED: September 27, 2000

                                              PAUL A. MAGNUSON, Chief Judge
                                              United States District Court

FILED  SEP 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____